1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and** )<br>**RASHIDAH K ALI-GIBSON, Revenue Officer,** )<br>                                       )<br>        **Petitioners,**       )<br>                                       )<br>        **v.**                           )<br>                                       )<br>**SHARATH ALGOLE,**       )<br>                                       )<br>        **Respondent.**       )<br>_____) | **NO. C-05-0651 SBA**<br><br>**AMENDED ORDER TO SHOW CAUSE**<br>**RE ENFORCEMENT OF INTERNAL**<br>**REVENUE SERVICE SUMMONS**<br><br>[Docket Nos. 1, 2, 4] |

On February 11, 2005, Petitioners United States of America and Rashidah K. Ali-Gibson (collectively "Petitioners") filed a Verified Petition to Enforce Internal Revenue Service Summons ("Verified Petition") [Docket No. 1]. On that date, the Court scheduled a Case Management Conference in the above-captioned matter for May 11, 2005 at 3:00 p.m. [Docket No. 2].

On March 15, 2005, the Court issued an Order to Show Cause re Enforcement of Internal Revenue Service Summons ("Order to Show Cause"), wherein it scheduled a Show Cause hearing for May 10, 2005 at 1:00 p.m. The Court further ordered the Petitioners to serve a copy of the Order to Show Cause and Verified Petition on Respondent on or before April 5, 2005. In the March 15, 2005 Order to Show Cause, the Court also vacated the May 11, 2005 Case Management Conference and continued the Case Management Conference to July 13, 2005 at 2:45 p.m.

On May 3, 2005, Petitioners filed an Application for Entry of Amended Order to Show Cause, to Vacate Show Cause Hearing and Continue Case Management Conference ("Application") [Docket No. 4]. In the Application, Petitioners state that they were unable to effectuate service of the Order to Show Cause and Verified Petition on Respondent on or before April 5, 2005. Petitioners request that the Court issue an Amended Order

that: (1) vacates the May 10, 2005 Show Cause hearing; (2) sets a new Show Cause hearing within forty-five days of the date of the Amended Order; and (3) continues the May 11, 2005 Case Management Conference from May 11, 2005[1] to the new date and time of the Show Cause hearing.

For good cause shown,

**IT IS HEREBY ORDERED** that the Show Cause hearing, currently scheduled for May 10, 2005 at 1:00 p.m., is VACATED.

**IT IS FURTHER ORDERED** that Respondent Sharath Algole appear before this Court, at Courtroom 3 of the United States District Court, 1301 Clay Street, Oakland, California, on **June 28, 2005 at 1:00 p.m.**, to show cause, if any, why he should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon him as alleged and set forth in particular in said Petition.

**IT IS FURTHER ORDERED** that a copy of this Amended Order to Show Cause, together with a copy of the aforesaid Petition, be served upon said Respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Amended Order above specified.

**IT IS FURTHER ORDERED** that within twenty-one (21) days before the return date of this Amended Order, Respondent may file and serve a written response to the Petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion he desires to make, that the Petitioners may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Amended Order; that all motions and issues raised by the pleadings will be considered on the return date of this Amended Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Amended Order, and any uncontested allegation in the Petition will be considered admitted.

**IT IS FURTHER ORDERED** that the initial Case Management Conference in this case, set for July 13, 2005 at 2:45 p.m., is VACATED. The parties shall appear for a Case Management Conference on **June 28, 2005 at 1:00 p.m.**, following the Show Cause hearing. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than

//

---

[1] Petitioners erroneously refer to the Case Management Conference as being scheduled for May 11, 2005 at 3:00 p.m. However, this Case Management Conference date was vacated by the Court's March 15, 2005 Order. The Case Management Conference is currently scheduled for July 13, 2005 at 2:45 p.m.

| | |
|---|---|
| 1 | ten (10) days prior to the Case Management Conference.  Petitioners' counsel shall be responsible for filing the |
| 2 | statement. |
| 3 | **IT IS SO ORDERED.** |
| 4 | |
| 5 | Dated: 5-4-05 |

                                      /s/ Saundra Brown Armstrong
                                      SAUNDRA BROWN ARMSTRONG
                                      United States District Judge