**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>RASHIDAH K ALI-GIBSON, Revenue Officer,<br>  Petitioners,<br>  v.<br>SHARATH ALGOLE,<br>  Respondent. | NO. C-05-0651 SBA<br><br>**ORDER ENFORCING SUMMONS** |

This matter having come on for hearing on June 28, 2005, upon return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition to Enforce Internal Revenue Service Summons, and any arguments by the parties, and for good cause shown,

**IT IS HEREBY ORDERED** that the Internal Revenue Service summons (the "Summons"), a copy of which was previously served upon the Respondent, is enforced.

**IT IS FURTHER ORDERED** that respondent, Sharath Algole, shall appear before Rashidah K. Ali-Gibson, or any other designated agent of the Internal Revenue Service, on <u>Tuesday, July 18, 2005, at 10:00 a.m.</u>, at the offices of the Internal Revenue Service, located at 55 South Market Street, MS 5118-50, San Jose, California, and then and there give testimony relating to the matters described in the subject of the Summons, and to produce for the Revenue Officer's inspection and copying all of the documents requested in the Summons.

**IT IS FURTHER ORDERED** that if the respondent, Sharath Algole, does not appear, give testimony and produce the documents requested in the Summons as ordered herein, Sharath Algole shall appear before this Court on <u>September 21, 2005, at 4:00 p.m.</u>, and then and there show cause why she should not be held in contempt of this Order.

**ORDERED** this 1st day of July, 2005, at Oakland, California.

 s/Saundra Brown Armstrong
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge